IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.C. OTIS COLLINS                                                                    PLAINTIFF

               v.                          Civil No.4:10-cv-04075

WARDEN TURNER, Miller
County Correctional Facility; and
OFFICER CHAPLIN WHITE,
Miller County Correctional Facility                                          DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

J.C. Otis Collins (hereinafter Collins), Jay W. Lee, and Marzell Woodberry, at the time inmates

of the Miller County Correctional Facility, in Texarkana, Arkansas, filed a civil rights action under 42

U.S.C. § 1983.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable

Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose

of making a report and recommendation.

On June 1, 2010, Collins was advised (Doc. 2) that he has a constitutional right to represent

himself but cannot represent others.  Jay Lee and Marzell Woodberry were terminated as Plaintiffs and

the Clerk was directed to provisionally file the complaint on behalf of Collins

Pursuant to Rule 9.1 of the Local Rules for the Eastern and Western District of Arkansas

incarcerated individuals filing an action under 42 U.S.C. § 1983 are to use the court-approved forms

in filing the complaint.  The Clerk was directed to mail Collins a blank § 1983 complaint form.  Collins

was directed to fill out the complaint form and the *in forma pauperis* application and mail the

documents back to the Court by June 18, 2010.  He was advised that failure to return the documents

would subject the case to summary dismissal for failure to comply with the order of the Court.

On June 25, 2010, mail sent to Collins at the Miller County Correctional Facility was returned

as undeliverable.  Collins did not informed the Court of any change in his address.  The Court was able,

by reference to the Arkansas JusticeXchange website, www.justicexchange.com, to obtain an address for Collins. A change of address was entered on June 29th (Doc. 3). The Court's order (Doc. 2) was mailed to Collins at the new address.

The mail sent to the new address has not been returned as undeliverable. Collins has failed to return the complaint and *in forma pauperis* application to the Court. He has not requested an extension of time to return the documents. He has not otherwise communicated with the Court. I therefore recommend that this case be dismissed based on Collins' failure to comply with the order of the Court. Fed. R. Civ. P. 41(b).

**Collins has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Collins is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 20th day of July 2010.


/s/ Barry A. Bryant                         
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE