IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J.C. OTIS COLLINS     PLAINTIFF

VS.     CASE NO. 10-CV-4075

WARDEN TURNER, Miller
County Correctional Facility; and
OFFICER CHAPLIN WHITE,
Miller County Correctional Facility     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on July 20, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 4). Fourteen (14) days have passed without objections being filed by the parties. The Court adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is dismissed on the ground that he has failed to obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 16th day of August, 2010.

                                                               /s/Harry F. Barnes
                                                               Hon. Harry F. Barnes
                                                               United States District Judge